IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MEGAN SANDS,

    Plaintiff,

v.                         CASE NO. CV608-009

KAWASAKI MOTORS CORPORATION
U.S.A. and KAWASAKI HEAVY
INDUSTRIES, LTD.,

    Defendants.

## O R D E R

Before the Court is Defendants' Motion for Clarification. (Doc. 176.) In the motion, Defendants express some confusion concerning this Court's March 30, 2011 order, which stated that "Defendants will be limited to calling one expert to testify about the design of the [personal watercraft] and one expert to testify about the adequacy of the warnings. (Doc. 170 at 3.) Specifically, Defendants query whether the Court will limit Defendants to presenting only these two experts throughout the entirety of the trial, or permit Defendants to present other expert witnesses with respect to issues unrelated to the watercraft's design and the adequacy of any warnings. (Doc. 176 at 2.)

As the order discussed only the presentation of cumulative expert testimony with respect to the watercraft's design and warnings, the Court did not intend to prohibit Defendants from offering expert witness testimony regarding other issues that may be present in this case. While Defendants are free to present additional expert witnesses, Defendants should be aware that the Court will not permit either party to introduce cumulative expert testimony with respect to any singular issue. With the above explanation, Defendants' motion is **GRANTED**.

SO ORDERED this 29th day of June 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA